McElroy, Deutsch, Mulvaney & Carpenter, LLP
1300 Mount Kemble Avenue
P.O. Box 2075
Morristown, NJ 07962-2075
(973) 993-1300
Attorneys for Defendant First Unum Life
Insurance Company

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ORLANDO GINES, | : |
| | : CIVIL ACTION NO. 3:16-cv-04843 |
| Plaintiff, | : (BRM)(TJB) |
| vs. | : |
| FIRST UNUM LIFE INSURANCE CO., | : |
| Defendant. | : |

## CIVIL ACTION – CONSENT ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER having been amicably adjusted and resolved by and between the parties hereto, the same be and hereby is dismissed, with prejudice and without costs and attorneys' fees assessed against either party.

/s/Brian R. Martinotti

Date: April 26, 2017

Hon. Brian R. Martinotti, U.S.D.J

The undersigned parties hereby consent to the form, content and entry of the within order.

USCHER, QUIAT, USCHER & RUSSO
Attorneys for Plaintiff

By: _____
Michael E. Quiat, Esq.

Dated: 4/13/17

MCELROY, DEUTSCH, MULVANEY
& CARPENTER, LLP
Attorneys for Defendants

By: _____
Louis P. DiGiaimo, Esq.

Dated: 4/19/07

3319547